UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAULETTE BLALOCK,<br><br>　　　　Defendant. | No.  2:02-cr-00443-GEB<br><br><br>**ORDER** |

On February 11, 2014, Defendant Paulette Blalock filed a "Hardship Request to see Judge" in which she states in relevant part:

> Due to an extreme financial hardship I'm writing this court to beg upon a request to see the [judge] in regards to my ordered restitution. . . . From 2004 to present I have paid into my restitution order via payments and yearly offsets of my federal income taxes.
>
> I request the opportunity to approach the bench to explain by current issue and seek the proper guidance.

(ECF No. 64.)

Since Defendant neither "state[s] the grounds on which [her request] is based [nor] the [ultimate] relief . . . sought[,]" Defendant's request is denied. See Fed. R. Crim. P. 47(b) ("A motion must state the grounds on which it is based and the relief or order sought."). "While the Court understands that

1

[Defendant] has asked for [a] . . . hearing . . . , as a practical matter, the Court will not [schedule] a hearing without . . . some [indication]" of the relief sought and the grounds upon which the request for relief is based. <u>United States v. Fitzgerald</u>, No. CR-95-0202 EFL, 2012 WL 3638627, at *2 (N.D. Cal. Aug. 22, 2012).

Dated:  March 21, 2014

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```